```
       FILED            RECEIVED
       ENTERED          SERVED ON
                        COUNSEL/PARTIES OF RECORD

              FEB 1 1 2011

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
       BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-CR-0064-RLH-GWF |
| CHRISTINA R. THOMPSON, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

On February 11, 2011, defendant CHRISTINA R. THOMPSON pled guilty to Counts One, Two and Three of a Three-Count Criminal Superseding Information charging her in Counts One, Two, and Three with Wire Fraud in violation of Title 18, United States Code, Section 1343 and with Aiding and Abetting in violation of Title 18, United States Code, Section 2, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Superseding Information.

This Court finds that CHRISTINA R. THOMPSON shall pay a criminal forfeiture money judgment of $175,906.36 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);  Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

1       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CHRISTINA R. THOMPSON a criminal forfeiture money judgment in the amount of $175,906.36 in United States Currency.

DATED this _11_ day of _February_, 2011.

_____
UNITED STATES DISTRICT JUDGE

2